# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-09077-RGK (KSx) | Date | November 1, 2019 |
|---|---|---|---|
| Title | Barbara Phelps v. Ata Abrishami | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon Williams (not present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **IN CHAMBERS — ORDER DISMISSING PLAINTIFF'S COMPLAINT**

On October 22, 2019, Plaintiff filed a Complaint seeking injunctive relief for alleged violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12010-12213, and damages pursuant to California's Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code §§ 51-53. On October 25, 2019, this Court issued an Order to Show Cause directing Plaintiff to submit declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if Plaintiff or Plaintiff's counsel satisfies the definition of a "high-frequency litigant" as provided by California Civil Procedure Code sections 425.55(b)(1) & (2). Plaintiff's response to the Court's Order, filed on October 31, 2019, includes no such declarations. The Court therefore **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to comply with its Order.

**IT IS SO ORDERED**.